**Exhibit A to the Complaint**

**Location:** Queens, NY  **IP Address:** 66.108.211.199
**Total Works Infringed:** 166  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0857AC88A2AD48128120CAF4BDA8D559837E170C  File Hash: 51126765E94F677A250CCAA10E87A60ED0D7D9BD2DE01EA6D87127DF695C9E1D | 09/10/2020 09:14:12 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |
| 2 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7  File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09/06/2020 02:12:01 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 3 | Info Hash: 043EF2E87FE88CB995552A507E67687FEBD53F59  File Hash: 16C5F6F2BDAA6EDC48C210CB4DFD51030193ECA22103DB3601D106A501723EB8 | 09/01/2020 11:24:29 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 4 | Info Hash: 0AB20EE3181E2157048233A9A4F197718A4CC458  File Hash: 5B2DF8CCF0678B5FD3F04E41958773BB4DB3B8A5B28FB75BC68AAA50B5661F92 | 09/01/2020 11:24:02 | Blacked | 08/29/2020 | 09/05/2020 | PA0002255478 |
| 5 | Info Hash: 0CE9BA50E65017394BAEBB712C8F57D69B5F3DBF  File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 08/17/2020 09:44:09 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 6 | Info Hash: 5D507740DDA641A0751123E15CB89295389339A6  File Hash: 644331F8B22B7204C4EDFA66212FB410E1E27DCBA7D66C320B193B4E119EE0D4 | 08/13/2020 01:00:36 | Blacked Raw | 08/10/2020 | 08/18/2020 | PA0002253097 |
| 7 | Info Hash: E1EBC832B0B759E6C6CA80154E3BBF9F961FB533  File Hash: 296CBAC791B2B8C851CD79BDE55041144674B2ADEF671BA45434B663E7AE5ADF | 08/08/2020 01:17:43 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |
| 8 | Info Hash: CB745732F55B9F262BCA95C0BFA4245ED9A3E461  File Hash: 50C74289910D27A0DEBCB67A18B6750408F41E5484644008B61EB4F4CA534008 | 08/02/2020 16:43:19 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1AC92CC762C1D88EFBDD43C7DE2B641EAA271484<br>File Hash: 6A533C195A378EE2E2EEB458DF0433215FE1763F06885E4D646A316928808046 | 08/02/2020 16:38:43 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 10 | Info Hash: E17492C28001B588B2E4AF7D7FECE5D1F313777B<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 07/27/2020 23:57:55 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 11 | Info Hash: 1E5FE3376F06C4DD810492A25738B8765670BFC3<br>File Hash: 26006F643C518DFDB30CF06E442901D473E4DFA325AD3F212E605C834F80EAEC | 07/22/2020 01:14:34 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 12 | Info Hash: 7E8FD1C11395443FB2541763CEC399DEE1972BF9<br>File Hash: 84FC126DAD5EA17B4FFC7E1ED4581EE7A4D555B33323D9BEAB6035119AAECEC4 | 07/20/2020 22:18:50 | Blacked | 07/18/2020 | 08/11/2020 | PA0002252258 |
| 13 | Info Hash: 633C61C8C943824C1FF5E8E3107FBA4396A8E399<br>File Hash: 5A31EAC85A367E7A384C7E6E14BE4BD021E487171F4A91616E348962A2353AE1 | 07/17/2020 14:24:37 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 14 | Info Hash: 040D75274B1433A85DAA28A231F3DF0ECD8772B0<br>File Hash: 427A539D1D29259BAAD6046743A3A58DB560002639403F17B3AFB748A29F38AC | 07/14/2020 22:58:06 | Vixen | 07/10/2020 | 07/20/2020 | PA0002248961 |
| 15 | Info Hash: 5D1C56452F0C1047179BCECAD5ED69CAEF98366B<br>File Hash: 72305D935FCE2F71F5D4BA0540AEE0D820F179BB401EE38B84CDCDC8B5F456CF | 07/08/2020 00:05:50 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 16 | Info Hash: B68E8B8D5B139F0F6236FB409416C5F6EFF30FBF<br>File Hash: EC87A35B26CA48252E09A7221FEE19ACF078C658529E6A73527988F7C4700D7E | 07/06/2020 09:41:31 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 17 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07/06/2020 09:40:11 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 14AB1F3D09A7FD1F5B4014B7D932F7FAC768DEC8<br>File Hash: 6D76F838EB0CC3D4537F6D58B82C60D51A6778E781AEB91C4B2B2FBE14F56B3A | 07/01/2020 09:23:05 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 19 | Info Hash: 18FDC4ACB531B90D57B9EEE2C94D467BBC34FE90<br>File Hash: 4A9B445CA2280628DE94904F70B3744A018FAFE55144119617E53AA81A1B5DDE | 06/29/2020 23:03:56 | Vixen | 06/26/2020 | 08/03/2020 | PA0002259094 |
| 20 | Info Hash: CEA824DB47B13FAA04807AFED13D37A1CA350843<br>File Hash: A613B8B2C87838ED4135BD178EF1C06D981DB46E725A0CC228EA3872FA6A2E59 | 06/29/2020 22:37:26 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 21 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D<br>File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 06/29/2020 09:24:53 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 22 | Info Hash: 33911D1010AF0E6D98E272F900FE41CFC8F33A29<br>File Hash: 79852B93B21A6506EA24F57131C0028F65B858CE18BF42C70C38E53649D735E9 | 06/28/2020 13:33:54 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 23 | Info Hash: F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D<br>File Hash: 656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 06/15/2020 09:28:23 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 24 | Info Hash: E410F33384AA7AF5BA07E2BE74E012D22910345D<br>File Hash: 298EDF6A5F418A22094BF7150147769581BADDC8A9C6460E7A53579EBA1E4385 | 06/12/2020 17:43:20 | Blacked Raw | 06/08/2020 | 06/25/2020 | PA0002255509 |
| 25 | Info Hash: 30219F5EF1E4B77DB42BCC64543DF5B1AE98239E<br>File Hash: 754328AD4A4BC4F60A62464516F3E471E5A3E5CC77E924F967655D5A593B23D0 | 06/08/2020 17:50:39 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 26 | Info Hash: E8E4DC7CFC1F58906E53E6A7B7EF8A55943E1160<br>File Hash: 639D7B290AA4AA195E9AE03C39E6DD28B7AD43D7BF4606EC8F302CA39997DDAD | 06/05/2020 23:55:34 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: A2C6F9E7DDC2E66CD4EFF4581A33863CCDF5C8C0<br>File Hash: C37B84D6684D74F44BCA82E33DEE5C299416C5427994CB438C1CC5AF93D82EB3 | 06/01/2020 23:11:32 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 28 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05/26/2020 23:12:35 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 29 | Info Hash: 2D9419B1D512C496B2EACDC5F3C343918BA9367B<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05/26/2020 09:42:06 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 30 | Info Hash: 7840E899EC57DDF846E589EA8BA4C5FDC7465FC3<br>File Hash: 53769DE0CAB8EED27CBCECFD04DFC51122F7B461817906F4E8FEA8300B155A48 | 05/26/2020 09:40:26 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 31 | Info Hash: 8C44BB101C01874C9B2319C503F679167C51D524<br>File Hash: 404B8781248484E77ED3A53F18075DAC3AA48B8C4EAF749FF468156D47211A77 | 05/19/2020 21:17:43 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 32 | Info Hash: 1D9686E369210C2A8D1A96A3D847633EA22205C9<br>File Hash: 18C5B685583336FB4C8FE38BCB02AEC563D4A51CCA0511612DA5AE41B74EB271 | 05/16/2020 00:26:12 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 33 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash: 3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 05/11/2020 09:48:15 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 34 | Info Hash: F5671C5EB64DB460D6A111E4E72E1C94653BDC7E<br>File Hash: 98B954F70CB825DA3CF1BDE5D1B35E3B40DD10D12A7FBB96A2EDEDCDB2AEC556 | 05/10/2020 15:10:10 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 35 | Info Hash: 900A6BCDAE9ED7A6A35050FA6079B4EEE2976450<br>File Hash: 3E4ADDF5C66B609889F6992061B8B215A588FFC675C210D003D961B7CF317278 | 04/26/2020 16:19:45 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F9A765F1FDA06F35835CBBE219560CD57C112FDD<br>File Hash: B2935FFD469F9D090F4219F02E6F08E87C56C3E18C454D3A0FEB0A5877A1F50A | 04/21/2020 21:16:41 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 37 | Info Hash: 658A037574D2B240AC4EBC859BED1EF255083CC4<br>File Hash: F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 04/21/2020 09:24:06 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 38 | Info Hash: 3980A4AF24D9D9C39149DE5FFD2049E2574E8F68<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 04/20/2020 22:07:24 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 39 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04/16/2020 15:15:11 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 40 | Info Hash: 343F820F5B838AB308F9AD8CE09C2D0380FF0083<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 04/12/2020 14:53:59 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 41 | Info Hash: 5F169DAE4E85879AAE8FCBCF527EA0630D1497EE<br>File Hash: 10DE94DB967780AACC7C86F50C57A7BCC6D10E867AE683245438A51A185E27D2 | 04/08/2020 22:12:31 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 42 | Info Hash: 089A334E08FB9D7BF03350D63AD8D401B6C48EEC<br>File Hash: 3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 04/06/2020 15:22:14 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 43 | Info Hash: 64EA800C435FA2C5A1518E987BBB91A7CB6B924D<br>File Hash: 0049BF5E83A0ABB9B700CC5BBFA78D2A83AFF4F43EED8E45C007DB4907B877A6 | 03/25/2020 00:11:35 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 44 | Info Hash: 0D3828D1D8CA341965FE3F9022D9E1FAD543AE10<br>File Hash: 875835DA69D950C7ABBBFC7ACCF0038B3504F21CE48F5E3E6348210E79F70D0B | 03/24/2020 09:35:44 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: FE5B9EFC4BF17A8689721558696ED93FCC6EB9E2<br>File Hash: 8E0DCB59EE4296031AE1C10776D4FD542F63A966F253937709FF7D1ABCB0C5EE | 03/24/2020 09:27:58 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 46 | Info Hash: 7F46C7C6F93FA2CED81750D01A6A4484E5394598<br>File Hash: 1FF5F149747DCE4001F4C54DC671963EC6B743984EBE973D54AD2BCB7ADF2517 | 03/18/2020 04:54:51 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 47 | Info Hash: 7557747905C0C24C24DE739A99AA7750FBD7B24F<br>File Hash: A1E83FB8FCFDDC0843A8E99258C7BD9AA92E58AEE49DE28EFDC87F121CC779C5 | 03/16/2020 12:04:29 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |
| 48 | Info Hash: DC53AF64053259AA3D2FBCCED0FE5E6222AC1747<br>File Hash: 2C6DA994AAAC525B97D39AFE75376C6EC324B2C7284B26A8BAF44AC82C79B800 | 03/13/2020 12:25:35 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 49 | Info Hash: 08673800A4401544B5A94C4F61E1FE8D07BA4C33<br>File Hash: B1ACA1BB3FF18B56DD4E28B45C13CEF7155C393C134B08F2317639FEF5A59520 | 03/11/2020 12:13:41 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 50 | Info Hash: 915E67F728B3E924E28B40743321B2F1C9850FCE<br>File Hash: 7AEF308DB4A0E84D1537F4A6FC2924AF51BEF18725BA1E6BABD46CFA34C28050 | 03/10/2020 13:03:02 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 51 | Info Hash: C5066B1D80EAA05D2B14F75F270793B4B5C9C7F7<br>File Hash: F1F789A2C6376053A4B21563798EDDB6213746A5C8A3FEF712C6104986636863 | 03/06/2020 14:27:37 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 52 | Info Hash: 089B3E366297B1BE04D0F906FE75AF916586D0F6<br>File Hash: 033A772FA9953E2C818B0FD0AA0DE6E75B6D84745F83F2010A8606CD0E959BE8 | 03/05/2020 13:07:08 | Vixen | 02/28/2020 | 04/17/2020 | PA0002251744 |
| 53 | Info Hash: 3E0C1C5F1E26E8922045CD0C97E9A66630A50E8E<br>File Hash: C0BF3B860D0EE1CC072E8FBD4E0215028099BD326A86A63815733649C5D9FB74 | 02/28/2020 00:06:28 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 6FA547DC616859D9A4C6B54E18351A80AC6FBA3D<br>File Hash: 35975EA7A5A62C3153A461B2416DAC811FEF98728E809ED4B97C5C21B5820942 | 02/26/2020 13:01:20 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 55 | Info Hash: 3C6CA0228C60DF78A52D451F9A8442A65716CDD8<br>File Hash: D3533BA7EEA97C9B2BB1F7CAAC9FF8DB1D9D75B3941F4FE5A0AF5D763E0E7E42 | 02/25/2020 12:25:48 | Vixen | 02/23/2020 | 04/17/2020 | PA0002246164 |
| 56 | Info Hash: 341F22B7BE664B8541902936883E532C0C726ECE<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 02/25/2020 03:26:50 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 57 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 02/25/2020 03:26:42 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 58 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02/25/2020 02:01:07 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 59 | Info Hash: 7D7C8F9388BB672616AE4776724BD944771BFC3B<br>File Hash: D8A29BDFAAA4AA9A9B54FE96761793BC0C8E85458C49BB044CBC17A6D7A832E0 | 02/24/2020 12:08:38 | Vixen | 02/18/2020 | 03/18/2020 | PA0002241449 |
| 60 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02/22/2020 02:27:28 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 61 | Info Hash: D2DDFFECCBBB08FD6FC8A70B89DB307276CC73A7<br>File Hash: CCB1334ACDB8D410F38DDA3BCDC79A6FD7D18941840D14C855F2866FFD8F9B4A | 02/19/2020 03:00:31 | Vixen | 02/13/2020 | 03/15/2020 | PA0002240552 |
| 62 | Info Hash: 13217DDD5CCF58429D6D779FB99D725AFE8977B3<br>File Hash: 113D6680B4E1CA5B0C7C2750EED2410FCAC42C43DBE8EDEB56D2D2FC4B3BA8DE | 02/14/2020 13:05:01 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 05B6BE741443C2C5FA51AC611A53252061F5C193<br>File Hash: 3B7F2C63E52B729C00A3B8C442A7BAB4282DDB37B981176F76077F953A150356 | 02/12/2020 00:42:50 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 64 | Info Hash: 561C45396E48D9D1DB4F6F54D4A75CB9BDA5EC46<br>File Hash: AF244A7C704A5457C0AA238472C1F4C6ABD962D3906342F70C23EC2D3C669E18 | 02/06/2020 02:47:20 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 65 | Info Hash: EF5E0EA2F75D24F225AAF66630629A160B8070D3<br>File Hash: 7E3D58FBB38F6191A32209C8C12D19BDAB13FDDB157807004816D6251C722D57 | 02/06/2020 02:40:00 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 66 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02/05/2020 02:04:38 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 67 | Info Hash: 928632A518134F94A03DBD693947723C09EE9276<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01/28/2020 03:55:14 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 68 | Info Hash: 2541261990122381387D2C03CDA34FF74B4EDE3E<br>File Hash: C687436ACD90C3EA61538DA4C09F489019D7A176148DD86953937717FF9D0F88 | 01/28/2020 03:39:22 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 69 | Info Hash: CB89CE5E87D35FBDB4850C2D61FC60A26CBC0CD6<br>File Hash: 3DA90096BBAC8B52C7CA996B548B56334706A89E908058C880D09D5ABD4AD571 | 01/26/2020 15:51:12 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 70 | Info Hash: 2179DCACB194BEAA32631B5C12A5A55F9D2D83D5<br>File Hash: E390E693B2E670B07802CD1B37615CFAF24DFFA8A6CC72FA0894D5E083EDEB14 | 01/21/2020 01:03:45 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 71 | Info Hash: C366374CBE8AD6F991FE8B2487DC45C9AB0E1E6B<br>File Hash: 04762106C5244D99ED2C8C9116E6850EF0F59ABCF4A21B57B0D42E55483203CA | 01/15/2020 23:43:37 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: B2EE8AC164A5CD941099A622C58EF686BDF9B171<br>File Hash: BD3946B232D961F9A8ED48051E1868890BF13C60C0ECA22633AF24FF20A92269 | 01/09/2020 04:23:27 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 73 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 01/03/2020 13:22:03 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 74 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 12/24/2019 13:33:52 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 75 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 12/23/2019 13:25:28 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 76 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 12/12/2019 13:22:37 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 77 | Info Hash: EE69A1319D21A3283AAFBD9BA8CAF91CE66265A6<br>File Hash: BE481289A354B0B4A59C6E202495309752B1F26D3226D3C5DA1ACD535CC51C72 | 12/07/2019 20:59:26 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 78 | Info Hash: C4B27EC3B46572F4288AB7ED7C8B264183683BBB<br>File Hash: A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 12/07/2019 20:57:48 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 79 | Info Hash: 2337C2BAC4E6BB05153A2E8B999BDBF8436FEB0E<br>File Hash: 5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 12/07/2019 20:53:02 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |
| 80 | Info Hash: AD5C18C1994C5C7C76E738EE43E039563A9A8BD2<br>File Hash: 6C8BFD68D9A18180B8BCAC1B5CAF5ED59CA39E57F01E76638702D71B369E3134 | 11/26/2019 13:09:59 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: CDAC395CE8800993349925E75F02E08592BA8B26<br>File Hash: 658E948CFDC15C66CB84492342B916A97F9E9FCA815F01B356FBF5632B4B75DF | 11/08/2019 01:14:40 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 82 | Info Hash: E1A88EC265FF93DC3246708534067B9F76890E0A<br>File Hash: 57DDE108747BF06C316FC18BF23D9910CBDF9CBC2F0B53D09B3CAB4295549A1E | 11/07/2019 01:33:10 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 83 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 11/05/2019 01:27:21 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 84 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 11/05/2019 01:11:07 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 85 | Info Hash: CC89E967456A10AE7877C1E345D1C8F626D4C81B<br>File Hash: C5E9E52AF063FF4C3D1ACC010C7AFEDD9C2DA2FDDE2AD22AD63E9D5E06EE563F | 10/31/2019 12:13:25 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 86 | Info Hash: CA79BC4FA5C0A9880556A2F7CED0D724B593E3C7<br>File Hash: BC069A88481A788CCFC4E186459FE4F3384DC7AB48F6D46CFF338AE125CADC4E | 10/31/2019 01:34:29 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 87 | Info Hash: DD83AC897A4FD8B1B938F028E4B3C78C1897F531<br>File Hash: AA897643CB22B26D76F905513CF325BF3502E8A343DA47AEB1E5740EB4A03DD1 | 10/31/2019 01:07:20 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 88 | Info Hash: 5F6AA2A5EBECC91803CACFCBD57DC5F74832C2A4<br>File Hash: 36E7FBF4E360DC0AB31CFC8A5E15295CD4DCE06E97194AABC02C59A835AE8850 | 10/29/2019 00:21:37 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 89 | Info Hash: 90C1E568E46A9C702F08741491C0D83BD9DD0EC6<br>File Hash: 71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 10/09/2019 00:37:49 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: AB6061895AFDF2D02F4E52CBE8139592CFEFDF38<br>File Hash: 8AC6BEF33EC824383A869041954605EAA507DB219553EA03EE78AEC6DD85A33A | 10/04/2019 00:07:52 | Blacked | 10/02/2019 | 10/21/2019 | PA0002207747 |
| 91 | Info Hash: 26C269596DFD60209C370A3D0E8BF1B5FB2553AE<br>File Hash: 7076A3FC2E6C1EB640EB00D981D0B089F53A78229A26DFB02936B0078A9EE169 | 10/01/2019 04:08:40 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 92 | Info Hash: 38BC84A32BCC21FFC3E44E8EC334B7DC4F35E256<br>File Hash: F3F49B23D7C25F3DDD5E2E47714E4A1058B09ED21D9601A802D09BCE6E126104 | 09/26/2019 02:10:40 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 93 | Info Hash: DD8003D49A55EF989612E4469283639B50929C09<br>File Hash: 5B317D9969DCD474501F3BA909F83A7913CAB40E35B7009F7E9CB608795EE00C | 09/16/2019 02:02:18 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 94 | Info Hash: 1D946378C32710A9E9D8A25EA87493FDE0146508<br>File Hash: 0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 09/10/2019 02:46:57 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 95 | Info Hash: 99E1BC660888E00B92C88C7E9EDFCCCA9C3C60FF<br>File Hash: DC07CEA2B9742F1F04351D7A11868746045D5A1DF8F5A6E0AF00D9C69779AB3D | 09/03/2019 00:45:38 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 96 | Info Hash: E64E22B3A95E01BB8340966C9CC85216430E26CC<br>File Hash: DD8A8D71ACFFA1BA653AC7D4D732594CF015BCBC0D0215827EFF5494950BED19 | 08/20/2019 08:45:46 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 97 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash: F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 08/15/2019 11:55:40 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 98 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 08/06/2019 23:49:23 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 08/02/2019 12:55:42 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 100 | Info Hash: B9B81CF9CBB5D7F20ABD0C5309DBDA097FB73E8F<br>File Hash: 0849B9D7F5C9F028EE9A411A4BF78ABD002C61F54554764DDDEE9A1D9EBD3E91 | 08/02/2019 12:55:30 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |
| 101 | Info Hash: 0BB45C1043F264656FD238E2E8E117B9E06AD6A0<br>File Hash: E4B2D26741E5832FCD58CC296E6598F185F73B2F0A5C24B92197FA20F4456F89 | 07/24/2019 23:38:02 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 102 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash: 33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 07/19/2019 12:32:51 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 103 | Info Hash: F8A7E06BF97C7E377F398A15F8E3A07925228E92<br>File Hash: 20A6F1B890771281EBEBA9455CD8B41D231B7912C3F7FA21FA630BB358B10E26 | 07/17/2019 23:30:17 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 104 | Info Hash: 172BCED75DCCD2854628DBCDA8045358431CBB32<br>File Hash: AD75EAE4253D46817C8554658D1082878D1E646257DC527268FF39AC027C5B48 | 07/16/2019 00:11:18 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 105 | Info Hash: BC86E55F2C128EFE18D962E4EB57A61EBD0AD349<br>File Hash: 6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 07/12/2019 11:58:21 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 106 | Info Hash: 8A8DC283B45B7E04709E90CD0A1DF8F1592C1612<br>File Hash: EC0188942436E345833E4B637642A83B850471132EE8338BD89D3926B8E17343 | 07/09/2019 23:34:39 | Blacked | 07/09/2019 | 09/10/2019 | PA0002199416 |
| 107 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 07/09/2019 01:27:28 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 4E9DC5664C79C201A2EA19FB2A7F778E148DB0AA  File Hash: 73B715F6AC7F506A697AB7F43FE9BF94A157FCB2D43B47BF7A397FD3CA85AD99 | 07/02/2019 02:01:52 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 109 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401  File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 06/29/2019 14:41:30 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 110 | Info Hash: 4426831D6F22526B08FB788393DA0808CF36C4EA  File Hash: 67F22DA812B587FF698C66C7617D7E68CE07D1F126C9767B0E1836BC121340E9 | 06/27/2019 13:36:31 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 111 | Info Hash: 4F6E919AF772D9342F71D3479F6A4379B5E5EA40  File Hash: 43E7C3F0959D28BD2DC831D5CD246DC20B922B97BA2F286171CA282186F026A8 | 06/25/2019 19:16:40 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 112 | Info Hash: A72BE735D576B5D1698069C9E914BDF92FBB83F8  File Hash: 779FA174AC0DAA367DA841F6900E0E1C57DC90C72808D0C74BC689BB30CA23FE | 06/18/2019 00:04:02 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 113 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96  File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 06/17/2019 01:23:03 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 114 | Info Hash: 6224B03F4F05E4E513435061AB1BBAB52CE93B5B  File Hash: 86A0D3AF33018880E63E10DCB1E95079B9951A8B2B0350554F6F1D45FAF35B73 | 06/07/2019 01:22:05 | Vixen | 06/03/2019 | 07/17/2019 | PA0002188305 |
| 115 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689  File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 06/07/2019 01:14:48 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 116 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1  File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 05/30/2019 03:20:38 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 117 | Info Hash: 3BDBA1FCA8DD25F4E9E5BEE72BCD096EE0BF2D70<br>File Hash: BFC06E4E85A8C084781AFFB24ADE16C25B60277CD1D55301751EE7F69F53245E | 05/28/2019 23:01:33 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 118 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 05/23/2019 01:08:31 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 119 | Info Hash: E1C7277B3B893153064CC9E439E48147D940C64F<br>File Hash: 850AC65387644C9E92B21C6C36EDEA25EFAD700F3DB2E86434AA41123B536A35 | 05/21/2019 01:28:40 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 120 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94<br>File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 05/16/2019 00:22:41 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 121 | Info Hash: 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A<br>File Hash: 1758B5DB51DD6950A5BD9225EBB5759AC48CB6E53BB6FB95F253886DA519BB1B | 05/14/2019 04:34:35 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 122 | Info Hash: 57486A4EDC4CD3291B78225FD65401AF15D5AD8A<br>File Hash: E64B4FF9B92806F61563E1BA7DA3EC247E543E4873D1BE0BF67780682F1050A1 | 05/13/2019 12:18:58 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 123 | Info Hash: C67CEBFB35714146396FF2583118CA8B68E56015<br>File Hash: 2B9B1E7F75B41C45027EDEB3C7268744639EBD4C999FB02C03B05564DBCCF186 | 05/08/2019 09:20:21 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 124 | Info Hash: 1F24969F16187FD677BA0E5A83D4E12A19D098FF<br>File Hash: 504DF9A88AA756EE02F859F4E28DA3EB446A78992A8B97CEB952C07C803E8ECC | 05/03/2019 12:10:39 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 125 | Info Hash: B1FE877176D6B0ADC33A5EB57CCE4D0BC08E4C59<br>File Hash: 3AAD91A88727C55253F2F574838428888C68E11268A37CA7A941F7144D108050 | 04/30/2019 00:27:31 | Blacked Raw | 04/27/2019 | 07/05/2019 | PA0002206379 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 126 | Info Hash: 5646357C2C33F1322815940754A792D16F4A3E8C<br>File Hash: 9A2D3DCA78F008830A95D42CD808A5A9E68C587C4EF051BC01399A1D36DAA442 | 04/29/2019 11:21:48 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 127 | Info Hash: F233046B237639FCA958C6DBEC40057C28890E5D<br>File Hash: 2FDF4CFE08F16A2317961394496FF936E9AA1B6975AD0E0DDE739169E1D86CEA | 04/15/2019 12:49:40 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 128 | Info Hash: 3DD69D645F492F21ABD1A89F33445F55BE83B31B<br>File Hash: 7B8FA26F9111BBF2F34FA72151ED090D83D257145803574FF11850248EE59676 | 04/15/2019 00:20:07 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 129 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 04/12/2019 03:30:15 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 130 | Info Hash: 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC<br>File Hash: 262B5FB839942C0084068E0031AADA76ED68D812EC7C6AEF113473B261AE1A29 | 04/08/2019 00:49:12 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 131 | Info Hash: 72238D6963354DB00F2FA8EDD9F2FE89E74E2AF5<br>File Hash: DF2362D5ACF3E0E5C7910A44DEE2DD7B578CA09C85019E7CC8C185889814F5C1 | 04/03/2019 12:03:27 | Blacked Raw | 04/02/2019 | 05/28/2019 | PA0002200780 |
| 132 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash: A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 03/27/2019 04:09:12 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 133 | Info Hash: 5BEC96C01D33FA5802AAEA7E6E408FCA13CC84A4<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 03/26/2019 23:38:12 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 134 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E<br>File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 03/24/2019 17:24:42 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 135 | Info Hash: FA7F572694C97F95408F0CFF34F74DFFC8CA5DC8<br>File Hash: 05DBCB4EB008DCFB74AD07A164CF12DB4D1737BE22C3FF91726E80595EF3C2AE | 03/24/2019 06:07:33 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 136 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 03/18/2019 23:55:20 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 137 | Info Hash: 72555676245CA53C457541455A41821330714A7A<br>File Hash: 4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 03/12/2019 23:30:56 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 138 | Info Hash: 357368276B0AC817665C03F98D81B5A2B6E90183<br>File Hash: 1B1735890531DA5D4570687EBD606AC741314074A125779A4CF869B44168DD63 | 03/11/2019 02:01:35 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 139 | Info Hash: EC72AB6E2428651D76E9B35E34364FBF997D62E4<br>File Hash: 286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 03/06/2019 13:18:36 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 140 | Info Hash: 89047CEB66EF312B6E73282883F9CF10F8BFA77B<br>File Hash: 1B470AFFB7BF459EE95FEC985D8EF40364FA790362F7C259BA48CC55F111B858 | 03/04/2019 06:32:44 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 141 | Info Hash: EAB3533FB381C799B59AAA64A20DF16CE3C18A18<br>File Hash: 8EACC9C021727EBBEF8D7686F98200CCE8C26D84CE88A7D7D44DD10C0794D8E8 | 03/02/2019 02:11:53 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 142 | Info Hash: 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90<br>File Hash: 7BA85222B0DC256CD081071B2B77A6309B1DBD7D354CD544211B6C2E19F47D9E | 03/02/2019 02:11:41 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 143 | Info Hash: D4C4F2E93F58EE586FCFBA4A3034783CB97E59AE<br>File Hash: 5B41B022AF6FA2E68B6F48A61E4E80F3E9EC7085E02B2DC59E002FB41C20BD08 | 02/22/2019 01:04:06 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 02/20/2019 05:26:24 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 145 | Info Hash: 20BA907B52248823E3EB7A4D76DEF9CD68410876<br>File Hash: 1FA8630F193EC8C63E34888586E79FBBFCD6F5BADDA7DB7871EBD1DDBBADC3D2 | 02/19/2019 13:09:29 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 146 | Info Hash: DAAB1603971461BD3D663620ED1313A2096BA184<br>File Hash: 208C2094E936E0C81D7BE784548F4DEEC34975FA611D8D2CD633CCB4F288C2C3 | 02/14/2019 12:53:26 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 147 | Info Hash: 91C272F5FF3F2E58D24C946022CB8ACDAFAB46F4<br>File Hash: 447C527955F6E538FE6D150312C4E4B5FF83E1EDF58AD42BE5A743D0481BAC0C | 02/14/2019 12:53:09 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 148 | Info Hash: E2BB05E86116A0CDAD606375C7B9C9EB44B6F769<br>File Hash: 31382C19D0B2EDBD00250E62E5F055C9A09921F1CA2BB18494E6CC89BFFB9BE1 | 02/10/2019 23:47:12 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 149 | Info Hash: 2C87C60C1780C78E400F9EF552F85B1954FE1985<br>File Hash: 4EAF5419CA409C379D27B8AB3A4A07121E433977C9A6F7ACB185636117A544BE | 02/10/2019 23:12:12 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 150 | Info Hash: 2F1C13C6DB1E2B524CEF4625642F942A3692499C<br>File Hash: CC0ECD3F17E3824A92E704EF79A7ED2101BF86232CBE14F2E24D445CD091E6AB | 02/10/2019 23:10:19 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 151 | Info Hash: C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8<br>File Hash: 86718A831FFFC7E5DB83BC490E1467BCC568C94B6FBF1B32F074F50FABE991C6 | 02/10/2019 01:25:08 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 152 | Info Hash: E65EE00C0F0D4A4865E44159C44B08B9E9E5F0E8<br>File Hash: 9D02C0BA9033BBD10B7BB3713FB983F35DCE843C71E4DCE4AF498318F002A56C | 02/07/2019 13:05:22 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 153 | Info Hash: 43E1E2DF0C41F4D817B330A630F0B02FD1A4D871<br>File Hash: B40D707A473B76CB7B10E03D1FF0985931ADB4782B0993EEEC705309FDE2288D | 02/05/2019 00:26:04 | Vixen | 02/03/2019 | 03/24/2019 | PA0002183213 |
| 154 | Info Hash: 7180352F1197F512822C8C7B41CAADADB5C0F744<br>File Hash: 7541C185F56D4723B2CCF4C638BC64A1C190F075277420F380D17EED9CB14EFF | 01/26/2019 23:31:53 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 155 | Info Hash: 2AB0686F53FFCE105EB608FB254FB0A93D58E893<br>File Hash: A1CD0437CCD9B6640CDFE874F8DD7F813E7CD305A4BD8F22B57A5D258882D7A3 | 01/26/2019 00:22:32 | Vixen | 01/24/2019 | 03/24/2019 | PA0002183209 |
| 156 | Info Hash: 5AE3A8DC3C368345DB127E2DF18D039FDE9EF572<br>File Hash: C5FD74162D26AA45A2329B9424EBADB10FBCCD05316550220ED916BF8E78DDBC | 01/21/2019 21:30:12 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 157 | Info Hash: 5E21A16168FFEA49C1851D1DEF33DB8728037599<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 01/03/2019 00:22:37 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 158 | Info Hash: AEE9101B0F29873FC44DBCF3FB3E261AA44B25FC<br>File Hash: 5357F350DC180E4750FE7271AC4CB372166EC9146B7D55BDECAD6AD041C6872F | 01/01/2019 16:09:02 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 159 | Info Hash: B0CCD9DE9C373BD3CD7467A688FD334CA280E43D<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 12/31/2018 06:18:45 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 160 | Info Hash: 96154576B485403DD6B729E9F56FA45DFF8B6B83<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 12/27/2018 00:06:06 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 161 | Info Hash: B91052C3E93BDA33141B407FA372F7323321B319<br>File Hash: 315267932786BFE315BC58BE9F1E1C6DC34365AAA24A0092A89AC735AE62E96B | 12/21/2018 14:03:55 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 162 | Info Hash: F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 File Hash: B520ACEA749A3A476BF843A6477E83EEEF03C2FB032653664139EBF800AD87A1 | 12/20/2018 00:27:52 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 163 | Info Hash: CFC43FBDF00B5E19FD18B04021949B9367CB28EA File Hash: 80EAD22603F13C78E9774887C4EF6CE352D406A04F4594ED4C6CA00C53D2446E | 12/07/2018 13:54:57 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 164 | Info Hash: 0160A3F1D03FA72208EEA37121C853D80C8B161D File Hash: 0E71A89ED25D2A6D6D9412A077BF1891231D94BCA133846D1B0EA28A96CFC9E7 | 12/04/2018 15:41:01 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 165 | Info Hash: 7B364338CD90FC951B3F536B186EBA30DE4246FC File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 11/29/2018 05:50:00 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 166 | Info Hash: 9E757F2B0F0628FA2CF6D14E2592E149523CF8ED File Hash: 35EB19C9FE15018078773BC8FA36B11A5233B3C63101DF10EF37E675B48DA324 | 11/29/2018 02:01:54 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |