UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:20-cv-05608-PKC-CLP
                                      Plaintiff,                 :
                                                                 :
                      vs.                                        :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
66.108.211.199,                                                  :
                                                                 :
                                      Defendant.                 :
-----------------------------------------------------------------X
```

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 66.108.211.199, are voluntarily dismissed with prejudice.

Dated: December 23, 2020                        Respectfully submitted,

 

                                            THE ATKIN FIRM, LLC
                                            By:  /s/ John C. Atkin
                                            John C. Atkin, Esq.
                                            400 Rella Blvd., Ste. 165
                                            Suffern, NY 10901
                                            Tel: Tel: (973) 314-8010
                                            Fax: (833) 693-1201
                                            JAtkin@atkinfirm.com
                                            *Attorneys for Plaintiff*